IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARVIN RAAB, | : | CIVIL ACTION |
| | : | NO. 08-4187 |
| Plaintiff, | : | |
| v. | : | |
| HOWARD LANDER, et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **24th** day of **August, 2010,** it is hereby **ORDERED**, for the reasons stated in the accompanying memorandum, Defendants' motion for summary judgment (doc. no. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that, all claims having been dismissed, this case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**